THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES SANDERS, Appellant.

We find nothing in the record warranting a modification of the defendant's sentence. In view of the nature of the crimes, the sentence imposed was neither harsh nor excessive *(see, People v Soto,* 129 AD2d 748, 749, *lv denied* 70 NY2d 657; *People v Suitte,* 90 AD2d 80). Thompson, J. P., Bracken, Brown, Weinstein and Spatt, JJ., concur.